U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 3 – 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENNETH JEFFERIES** | **CIVIL ACTION NO. 08-1888** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN GARY ALLEN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

RULING

Pending before the Court is Plaintiff Kenneth Jefferies' ("Jefferies") civil rights complaint [Doc. No. 1]. Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 8], recommending that Jefferies' complaint be dismissed with prejudice as frivolous.

The Court ADOPTS the Report and Recommendation, except for the statement regarding the amount of the allegedly stolen money order. The Report and Recommendation states that the money order was for $38.00. However, Jefferies clarified in his objections [Doc. No. 9] that a $3,000.00 cashier's check and $800.00 money order were allegedly stolen. The amount of the allegedly stolen funds does not affect the Court's analysis.

MONROE, LOUISIANA, this 3 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE